# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

March 23, 2022

<u>By ECF</u>

The Honorable John P. Cronan  
United States District Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007

      Re:    *United States v. Seth Andrew*, 22 Cr. 32 (JPC)

Dear Judge Cronan:

      As Your Honor knows, we represent Seth Andrew in the above-captioned case. We write to respectfully request that the Court adjourn Mr. Andrew's sentencing date from April 14, 2022 to either June 13 or June 14, 2022. We understand the Court currently has a trial scheduled for these dates. If the Court would prefer not to schedule Mr. Andrew's sentencing on such dates, we request, as alternatives, June 28 (morning), June 29, or June 30, 2022.

      We are currently in the process of gathering letters of support for Mr. Andrew, which we intend to provide to Probation for consideration before the final Presentence Investigation Report is published. In light of the current pace of collection we believe that the requested adjournment is necessary to complete this process.

      This is our first request for an adjournment of Mr. Andrew's sentencing date. The government and Probation do not oppose this adjournment request.

      We thank the Court for its consideration of this request.

                                  Respectfully submitted,  
                                  KRIEGER KIM & LEWIN LLP

                By:   /s/ Edward Y. Kim  
                                  Edward Y. Kim  
                                  Varun A. Gumaste

cc:    AUSA Ryan B. Finkel  
        U.S. Probation Officer Michelle Millan (SDNY)