# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue
New York, NY 10110

Telephone: (212) 390-9550
www.KKLllp.com

May 23, 2022

<u>By ECF</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Seth Andrew*, 22 Cr. 32 (JPC)

Dear Judge Cronan:

      As Your Honor knows, we represent Seth Andrew in the above-captioned case. We write to respectfully request that the Court adjourn Mr. Andrew's sentencing date approximately 30 days, from June 29, 2022 to August 5, 2022. If the Court would prefer to schedule Mr. Andrew's sentencing on an earlier date, we are available on July 28 as well. The government and Probation do not oppose this adjournment request.

      [REDACTED] Mr. Andrew has been unable to dedicate adequate time to assist counsel in preparation for sentencing. We are also currently in the process of gathering additional letters of support for Mr. Andrew, which we intend to provide to Probation for consideration before the final Presentence Investigation Report is published. In light of Mr. Andrew's unavailability for the past few weeks, we believe that the requested adjournment is necessary to complete this process.

      This is our second request for an adjournment of Mr. Andrew's sentencing date. The Court previously granted our first request to adjourn Mr. Andrew's sentencing date from April 14 to June 29.

      We thank the Court for its consideration of this request.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: _____
Edward Y. Kim
Varun A. Gumaste

The Court adjourns Mr. Andrew's sentencing date from June 29, 2022 to July 28, 2022 at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED.
Date: May 24, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

cc:   AUSA Ryan B. Finkel
      U.S. Probation Officer Michelle Millan (SDNY)