# Exhibit A



July 20, 2022

Dear Honorable Judge John P. Cronan,

Mr. Andrew's crime was and is a profound betrayal of our schools, our values, and everything we teach our scholars about being responsible and caring citizens.

His inability, even after pleading guilty, to take full responsibility for his actions and his attempt to shift blame onto his victim are behaviors and excuses he would not have accepted from even our very youngest scholar.

Given the severe disciplinary policies he employed towards students when he ran the organization, policies we have since reversed, his plea for special treatment before the court is ironic and hypocritical.

With great effort, strong leadership, and the hard work of our staff and scholars, we have been able to offset the real damage his crime and actions did to the good name and reputation of our organization.

Despite this huge distraction lasting many years, we remain totally committed to our core mission to educate responsible citizen-scholars for success in the college of their choice and a life of active citizenship.

Thank you kindly,


Democracy Prep Public Schools