

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2022

**BY ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Andrew*, 22 Cr. 32 (JPC)

Dear Judge Cronan:

  The Government's Victim Witness Coordinator received an additional email from an individual associated with the Marlboro Community regarding the defendant. The Government does not contend this individual is a victim, but as it did with certain other submissions it received, is submitting the email to the Court in case the Court believes it is relevant to its consideration of sentencing.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

        By:   /s/
           Ryan B. Finkel
           Assistant United States Attorney
           (212) 637-6612