

**From:** Adrian Segar ▉▉▉▉▉▉▉▉▉▉
**Date:** July 22, 2022 at 7:57:30 AM EDT
**To:** "Olsen, Wendy (USANYS)" ▉▉▉▉▉▉▉▉▉▉
**Subject: [EXTERNAL] To the prosecutors of Case Number [1:22-cr-00032-JPC-1 - Andrew, Seth]**

Dear Wendy,

I would be grateful if you could pass the following statement on to the prosecutors of Case Number [1:22-cr-00032-JPC-1 - Andrew, Seth]. And would be so kind as to let me know you have done so? Thank you!
------------------------
To the prosecutors of Case Number [1:22-cr-00032-JPC-1 - Andrew, Seth]:

I wish to share my experience of the character of Seth Andrew, which is very different from that portrayed in his July 14, 2022 Sentencing Memorandum. I also comment on "his acceptance of responsibility" and "the lack of a need for further deterrence" claimed on Page 1.

My brief but intense experience of Seth Andrew began on May 28, 2020, the day it was announced his non-profit, Democracy Builders, had purchased the former Marlboro College campus. I have decades of experience working with non-profits and it was easy for me to research the public financials of his two relevant non-profits, Democracy Builders and Democracy Builders Fund. What I found was unusual. Neither non-profit had recently filed timely 990 returns as required by law, and those older returns available showed no conceivable financial resources to handle the approximately one million dollars of annual operating outgoings needed to maintain the 550-acre college campus.

I wondered if the late filings had been an oversight and/or the non-profits had been given some massive donations since their last reports. However, that evening, Seth went on Facebook to introduce himself to the Marlboro College alumni (of which I am one as a former professor at the school for ten years) so I had the opportunity to ask him.

As you can see below, Seth was extraordinarily evasive about my simple questions. He kept trying to change the subject. Finally, he said, "I don't think we're going to be much more productive here, so I'm going to log off."

At this point, it was clear to me that Seth Andrew was hiding something.

The resulting conversation is still available at https://www.facebook.com/groups/marlborocollegealumni/permalink/10159985940127782, with one important change. Seth recently deleted all his comments from it. But I have a screenshot of the core portion, plus a pdf of the longer conversation (our exchange starts on page 3).

[cid:a8fbef6c-f3c8-4822-b32f-96f3f3aed104@NAMP110.PROD.OUTLOOK.COM]


We now know that Seth had stolen $218,005 from Democracy Prep in March - April 2019, moved the funds through a series of personal accounts, and finally, in his own words "transferred all of the funds to an account of Democracy Builders Fund" a few days before Democracy Builders Fund purchased the former Marlboro College campus for $225,000. Seth was probably disconcerted that I was asking about the missing financials for his non-profits right after he had purchased the campus with the stolen money.

Regardless, Seth's theft enabled his non-profit, Democracy Builders Fund, to buy the Marlboro College campus in May 2020. He said he was going to use it for a new College, "Degrees of Freedom" <https://www.degreesoffreedom.org/<https://protect2.fireeye.com/v1/url?k=08f857eb-57636eba-08ff730e-ac1f6b01770e-48b1eeed5cd82cb6&q=1&e=2614e449-5ff8-444e-8e76-a17ab6d517b1&u=https%3A%2F%2Fwww.degreesoffreedom.org%2F>> which "students from disenfranchised communities" would be able to attend for free.

What ensued was a nightmare for the inhabitants of the Town of Marlboro, Vermont, that continued long after his arrest in April 2021. Someone could write a book about the bizarre consequences, which included Seth "selling" the campus to Adrian Stein a secretive Canadian cryptocurrency creator, and shortly afterward claiming he still owned it. (See https://www.sevendaysvt.com/vermont/a-secretive-cryptocurrency-creator-could-hold-the-future-of-marlboro-college-in-his-hands/Content?oid=33106955<https://protect2.fireeye.com/v1/url?k=12e7acef-4d7c95be-12e0880a-ac1f6b01770e-9696346367e06c76&q=1&e=2614e449-5ff8-444e-8e76-a17ab6d517b1&u=https%3A%2F%2Fwww.sevendaysvt.com%2Fvermont%2Fa-secretive-cryptocurrency-creator-could-hold-the-future-of-marlboro-college-in-his-hands%2FContent%3Foid%3D33106955>.) Both parties then claimed they owned the property, making it impossible for the Marlboro Music Festival, a town fixture since 1951 with a 99-year lease to use the campus each summer, to know whom to pay rent. Democracy Builders Fund was unable to pay maintenance costs on the campus, and the Marlboro Music Festival was forced to go to court and work out an expensive agreement to take charge of the campus after Seth had been arrested.

Seth also lied publicly about his involvement with Democracy Prep after former staff and students criticized his tenure there (see https://vtdigger.org/2020/07/09/questions-raised-about-

<https://protect2.fireeye.com/v1/url?k=cf2c7240-90b74b11-cf2b56a5-ac1f6b01770e-82b7a4c20dd0f726&q=1&e=2614e449-5ff8-444e-8e76-a17ab6d517b1&u=https%3A%2F%2Fvtdigger.org%2F2020%2F07%2F09%2Fquestions-raised-about->marlboro-college-buyer-in-11th-hour/), telling the Marlboro School Board on June 29, 2020, that he "left in 2013" {there is a recording of him saying this} while in reality, he was paid more than $400,000 by Democracy Prep during 2015 - 2017.

I could go on.

All this documented history belies the contents of Seth's July 14, 2022, Sentencing Memorandum. Without knowing any of the above, a reader would conclude that Seth Andrew must be a saint (albeit one who has pleaded guilty to stealing money but blames "financial mismanagement" at Democracy Prep for making him do it.)

He clearly is not. Even my limited experience with him shows that he is a smart, fast-talking guy who lies fluently. In addition, his submission clearly shows he is still refusing to take full responsibility for his actions. Finally, these kinds of shenanigans have happened before. Seth has a checkered history of unscrupulous dealings in education (see, for example, this 2010 report on his charter school in Rhode Island <http://www.tuttlesvc.org/2010/12/notes-on-democracy-prep-fiasco.html<https://protect2.fireeye.com/v1/url?k=340fea73-6b94d322-3408ce96-ac1f6b01770e-5520616c708cab6c&q=1&e=2614e449-5ff8-444e-8e76-a17ab6d517b1&u=http%3A%2F%2Fwww.tuttlesvc.org%2F2010%2F12%2Fnotes-on-democracy-prep-fiasco.html>> and the corresponding Wikipedia entry <https://en.wikipedia.org/wiki/Mayoral_Academies>).

Seth Andrew's past actions and attempts to justify them demonstrate that he remains defiant despite being caught. If he escapes jail time after his brazen theft, his past actions and attempts to justify them demonstrate that getting caught has not deterred him. For him to claim that there is a "lack of a need for further deterrence" is simply not borne out by the record. I believe he should spend time in jail.
-----------------------

With thanks and best wishes,

—Adrian Segar—

Founder, Conferences That Work, Marlboro, VT |



**Shaw Israel Izikson** created a poll.
Admin · May 28 Thursday, May 28, 2020 at 4:44 PM

## What do you think about the proposed sale of Marlboro's campus to Democracy Builders?

- ☐ Need more information  +29
- ☐ Bad  +14
- ☐ Good  +7
- ☐ Skeptical  +5
- Add option

2     46 Comments

Like      Comment      Share

---

**Katherine Hollander** They are a charter school chain/corporation.

Like · Reply · 8w Thursday, May 28, 2020 at 5:48 PM    1

**Shaw Israel Izikson** 🛡 "Degrees of Freedom"?    1

Like · Reply · 8w Thursday, May 28, 2020 at 5:49 PM

**Shaw Israel Izikson** 🛡 How are "Degrees of Freedom" better than, say, those degrees Sally Struthers used to sell on television? https://www.youtube.com/watch?v=Fj23I8hgj28

> YOUTUBE.COM
> **Sally Struthers for International Correspondence School**

Like · Reply · 8w Thursday, May 28, 2020 at 5:50 PM    1

> **Seth Andrew** this is hysterical! and FWIW, we're acquiring a physical campus for a reason...online only degrees aren't sufficient quality, but full time residential degrees with $50,000/year sticker prices aren't accessible, so we're working to make sure our students get the best of both
>
> Like · Reply · 8w Thursday, May 28, 2020 at 7:17 PM    1

**Shaw Israel Izikson** 🛡 Or even better than degrees from...



2

Like · Reply · 8w Thursday, May 28, 2020 at 5:51 PM

 **Guy Cain** I want to know how much they are paying... and what is included?

Like · Reply · 8w Thursday, May 28, 2020 at 6:32 PM · Edited   3

>  **Matthew Czuba** Read the press. The details are out there. Insidehighered has an informative piece.
>
> Like · Reply · 8w Saturday, May 30, 2020 at 1:56 AM   1

 **Stefan Hurzeler** 🛡 Our Ghosts will still haunt the place.

Like · Reply · 8w Thursday, May 28, 2020 at 6:48 PM

 **Seth Andrew** Hi friends, I'm the founder of Democracy Builders and I wanted to clear a few ideas up.

Like · Reply · 8w Thursday, May 28, 2020 at 6:57 PM   1

>  **Shaw Israel Izikson** 🛡 Ok   the floor is all yours! I hope you don't mind if we ask questions along the way.
>
> Like · Reply · 8w Thursday, May 28, 2020 at 6:58 PM   2

 **Seth Andrew** Will do my best. as you can imagine, it's a busy day, but I hope we'll have decades to work it out:)

Like · Reply · 8w Thursday, May 28, 2020 at 7:22 PM

 **Seth Andrew** 1) we're not a chain, we're a non profit focused on serving mostly disenfranchised students with a world  class education

Like · Reply · 8w Thursday, May 28, 2020 at 6:58 PM   1

 **Seth Andrew** 2) Degrees of Freedom is the name we're using until we're independently accredited because we're not technically a college yet. It's the arbitrary distinction between grade 12 and 13 that we're trying to break down

Like · Reply · 8w Thursday, May 28, 2020 at 6:59 PM   2

 **Seth Andrew** 3) We are excited about continuing many of the traditions of Marlboro College and providing access to alumni for reunions and other activities, presuming we close on the transaction successfully. However, our model is different in many ways, which is essential to make the campus viable in

2020 and beyond.

Like · Reply · 8w Thursday, May 28, 2020 at 7:00 PM    3

**Seth Andrew** I don't have much more time right now, but I wanted to say Hi now that the news is public.

Like · Reply · 8w Thursday, May 28, 2020 at 7:01 PM    1

**Stefan Hurzeler** 🛡   **Seth Andrew** thanks for sharing. I understand you won't be the same institution, but I hope you can preserve something of the Marlboro spirit.

Like · Reply · 8w Thursday, May 28, 2020 at 7:05 PM    4

**Seth Andrew** We don't just HOPE to do that, we will do that. Much of the spirit is what attracted us in the first place. democracy. self direction. exploration. inclusion. there are lots of places to buy land, and even other campuses to explore, but that's not what we were looking for with Marlboro.

Like · Reply · 8w Thursday, May 28, 2020 at 7:12 PM    7

**Kate Ratcliff** Hi, Seth. Thank you for your willingness to engage with this forum and your dedication to preserving something of the Marlboro spirit. I look forward to the next steps!

Like · Reply · 8w Thursday, May 28, 2020 at 8:15 PM    4

Write a reply...

**Amy Tudor** ☕ Hello   **Seth Andrew** Thanks for joining us here. If all goes through as you hope, how many staff and faculty positions will be based in Marlboro?

Like · Reply · 8w Thursday, May 28, 2020 at 7:21 PM    2

**Seth Andrew** My guess is 20 staff and 20 faculty full time on campus in 2021. Lots of variables with COVID and enrollment models to figure out though.

Like · Reply · 8w Thursday, May 28, 2020 at 7:23 PM    2

**Seth Andrew** we've offered a guaranteed interview to any existing faculty or staff, but we will have a very different staffing and academic structure.

Like · Reply · 8w Thursday, May 28, 2020 at 7:24 PM    2

**Adrian Segar** ☕ Seth Andrew, I would like you to explain:

1) Why has Democracy Builders not filed any recent 990's? The most recent was filed in 2016, and shows your organization had just ~$60,000 in the bank.... See More

Like · Reply · 8w Thursday, May 28, 2020 at 7:36 PM    5

Hide 14 Replies


**Seth Andrew** Thanks adrian

Like · Reply · 8w  Thursday, May 28, 2020 at 7:38 PM


**Seth Andrew** 1) 990's are always delayed by 2 or more years. the next 2will be posted in October 2020.

Like · Reply · 8w  Thursday, May 28, 2020 at 7:38 PM


**Seth Andrew** 2) Democracy Builders is an Incubator we choose a project to advance our mission raise funds for that project and then launch the project as an independent stand alone organization once it is ready and has all its government approvals and independent
… See More

VOTEAMERICA.COM
**VoteAmerica.com - Countdown to Election Day 2020**

Like · Reply · 8w  Thursday, May 28, 2020 at 7:40 PM · Edited


**Seth Andrew** 3) we aren't willing to share publicly until the transaction has closed, we have shared more details with the trustees and campus working group and their finance and legal professionals.

Like · Reply · 8w  Thursday, May 28, 2020 at 7:41 PM


**Adrian Segar** ☕    Seth Andrew Um, telling me about the 990's of another non profit is irrelevant. According to the press release DEMOCRACY BUILDERS is buying the campus. So where are the recent 990's for DEMOCRACY BUILDERS?

Like · Reply · 8w  Thursday, May 28, 2020 at 7:42 PM   1


**Seth Andrew** I can't share projections for 98 years into the future, no one can, but I can show you a track record of two decades of launches of non profit organizations that are financially strong and advancing our mission. This may not satisfy you yet, but after we complete the transaction, we're happy share more.

Like · Reply · 8w  Thursday, May 28, 2020 at 7:42 PM   1


**Seth Andrew**
https://www.washingtonpost.com/.../3a47ee20_7698_11e6...


WASHINGTONPOST.COM
**D.C. charter school wins $10**

 million prize to redesign high...

Like · Reply · 8w Thursday, May 28, 2020 at 7:45 PM

**Adrian Segar** ☕ Repeating my simple question for the third time, since you've avoided answering it.

According to the press release DEMOCRACY BUILDERS is buying the campus. So where are the recent 990's for DEMOCRACY BUILDERS?

Like · Reply · 8w Thursday, May 28, 2020 at 7:46 PM 

**Seth Andrew** Sorry Adrian, I'm not avoiding anything. I don't think we're going to be much more productive here, so I'm going to log off. I can't share more documents until the transaction closes. Our 990 financial documents are always released publicly, this year because of COVID that will be in October not April. I look forward to discussing computer science and participatory democracy with you sometime in the future.

Like · Reply · 8w Thursday, May 28, 2020 at 7:51 PM

**Adrian Segar** ☕   Seth Andrew: "I'm not avoiding anything."

I'm sorry, but you are.... See More

Like · Reply · 8w Thursday, May 28, 2020 at 8:06 PM

**Bruce Hain**   Seth Andrew You chose a great spot!

Like · Reply · 8w Thursday, May 28, 2020 at 8:31 PM

**Travis Wilmot** Adrian Segar I raised the same question in another group and the subterfuge was remarkably similar.



Like · Reply · 8w Saturday, May 30, 2020 at 7:36 AM

**Adrian Segar** ☕ Travis Wilmot Thanks. He clearly doesn't want to talk about it. Frankly, this concerns me    it's a basic financial and legal obligation for all non profits to file annual tax returns in a timely manner. Every non profit

I've been associated with (many) does this,, and Seth's refusal to talk about it has to be a red flag.

Which group did your conversation appear in?

Like · Reply · 8w Saturday, May 30, 2020 at 8:47 AM    1

 **Travis Wilmot** Marlboro College, thread here: https://www.facebook.com/groups/189481367744500/permalink/4590927560933170/

I would have been more satisfied with a simple "Unfortunately I am not able to discuss this issue in detail, but we are on track to resolve this... See More

Like · Reply · 8w Saturday, May 30, 2020 at 9:12 AM    2

 Write a reply...

 **Amy W. Grillo**  Seth Andrew   Can you help us understand how a charter school chain/network/organization which, by virtue of being a charter (taking public funds but operating outside of normal channels of democratic oversight of public funds), is inherently un democr... See More    12

Like · Reply · 8w Thursday, May 28, 2020 at 8:56 PM · Edited

 **John Stauffer** Quite simply a rhetorician astute at the selling of "house of card" schemes. Kevin Quigley, Dick Saudek, and the "wunderkind" committee that considered Democracy Builders "best choice" should seriously ask themselves "How is it that this under capitalized "Incubator" can find the funding and run their school with a 20 / 20 ratio of faculty & staff and Marlboro College is "financially unsustainable"?   John

Like · Reply · 8w Thursday, May 28, 2020 at 9:37 PM · Edited    6

 **Amy W. Grillo** The folks behind this new venture have certainly had trouble keeping their Democracy Prep schools afloat, and it's the "under served" communities that get left in the rubble when these schools come in, make promises, then close, as happened with their DC school. #anotherdayanothercharterscandal
I think... See More



THE74MILLION.ORG
**Democracy Prep's Expansion Woes Raise Questions About Whether...**

Like · Reply · 8w Thursday, May 28, 2020 at 9:59 PM    7

 **Bruce Hain** Obviously the nonprofits of Seth Andrew are an up and coming thing, the darling of the political class, a going concern. While there is no shortage of incompetence and malfeasance to complain about in the (unnecessary) demise of

Marlboro College, there... See More

Like · Reply · 8w Thursday, May 28, 2020 at 9:59 PM 

 **Seth Andrew** Hi Amy  no, on this you're pretty far off base. sorry. DP is operating 20+ schools around the nation with remarkable financial, academic, and civic success. This one article (out of maybe 500 written about us) is actually just one piece of an incredibly positive in depth 8 part series   read the whole thing if you like, but please don't take small pieces out of context.

Like · Reply · 8w Thursday, May 28, 2020 at 10:37 PM

**Amy W. Grillo**   Seth Andrew, what part of my two posts is off  base? Are you saying that the concerns raised in this article are not real? Can you answer any of my questions about the pedagogical inconsistencies? About charters in a democratic society? About " no excuses?" Also, what happened to the kids in your DC school when it folded?

Like · Reply · 8w Thursday, May 28, 2020 at 11:09 PM · Edited

 **Seth Andrew** And just for clarity  our new project is not directly connected with Democracy Prep. Democracy Builders is a separate non profit entity that launched DP, and will launch DoF, but this is NOT going to be a charter school it's a new model higher education program open to HS students from all over the nation.

Like · Reply · 8w Thursday, May 28, 2020 at 10:40 PM

 **Amy W. Grillo** sounds a bit like Dennis Littky's new endeavor (which is based on a college program I used to teach in, where he sent his MET School grads for teacher education)but with more of a career training focus. What can you tell us about your new model? Is it something you would want your own kids to choose? As good as your Brown education? What's the pedagogical model and what makes it good?

Like · Reply · 8w Thursday, May 28, 2020 at 11:12 PM · Edited

 **Amy W. Grillo**   Seth Andrew also curious to know how it differs from the Bard Early College model.

Like · Reply · 8w Thursday, May 28, 2020 at 11:13 PM · Edited

 **Travis Wilmot** The question dodging and subject changing raises concerns.





;