**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8/11/2022

Caption:

United States v.

Seth Andrew

Docket No.: 22-Cr-32

John P. Cronan
(District Court Judge)

Notice is hereby given that __Seth Andrew__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] _____ (specify)

entered in this action on __July 29, 2022__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [X]   Other [ ]

Defendant found guilty by plea [X] trial [ ] N/A [ ].

Offense occurred after November 1, 1987?  Yes [X]  No [ ]  N/A [ ]

Date of sentence: __July 28, 2022__   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [X]   N/A [ ]

Appellant is represented by counsel? Yes [X] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Edward Y. Kim of Krieger Kim & Lewin LLP |
| Counsel's Address: | 500 Fifth Avenue, 34th Floor |
| | New York, NY 10110 |
| Counsel's Phone: | 212-390-9550 |
| Assistant U.S. Attorney: | Ryan B. Finkel |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-6612 |

_____
Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Aug 11, 2022 12:49PM

SETH ANDREW

| Rcpt. No: 4241 | | Trans. Date: Aug 11, 2022 12:49PM | | | Cashier ID: #PS |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $505.00 |

|  |  |
|---|---|
| Total Due: | $505.00 |
| Total Tendered: | $505.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 22CR32

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.