```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES,                                                     :
                                                                   :
           -v-                                                     :
                                                                   :    22 Cr. 32 (JPC)
SETH ANDREW.                                                       :
                                                                   :         ORDER
                                  Defendant.                       :
                                                                   :
------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

    Defendant Seth Andrew's bail conditions are modified such that his spouse, Lana Zak, may receive and retain her passport immediately.

    SO ORDERED.

Dated: September 8, 2022
       New York, New York

                                          JOHN P. CRONAN
                                    United States District Judge