UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                                        :

UNITED STATES OF AMERICA,                         :

        -v-                                                                   :                     22 Cr. 32 (JPC)

SETH ANDREW,                                            :

                                             Defendant.         :                        ORDER

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Probation Department has submitted a request that the Court grant early termination of Defendant Seth Andrew's supervised release.  In that request, the Probation Department indicated that the United States of America opposes early termination for Defendant.  In the event the Government opposes early termination, it shall file a letter with its position within two weeks of this Order.  If the Government opposes early termination, Defendant may file a response within two weeks of the Government's opposition.

      SO ORDERED.

Dated: February 21, 2025
       New York, New York

                                                          JOHN P. CRONAN
                                                  United States District Judge