UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                 :

SETH ANDREW,                        :

                    Movant,        :

                                   :        26 Civ. 4043 (JPC)

      -v-                    :        22 Cr. 32 (JPC)

                                   :

UNITED STATES OF AMERICA,      :

                                 :            <u>ORDER</u>

                  Respondent.    :

                                 :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On May 14, 2026, Movant Seth Andrew filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The Court concludes that the motion should not be summarily denied as being without merit.

        Accordingly, the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

        Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the motion.  Movant shall have 30 days from the date on which Movant is served with Respondent's answer or other pleading to file a response.  Absent further order, the motion will be considered fully submitted as of that date.

        All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

        SO ORDERED.

Dated: May 19, 2026
      New York, New York                    _____
                                          JOHN P. CRONAN
                                 United States District Judge